UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-CV-21533-COOKE/Damian

**BRADLEY WHITE,**

    Plaintiff,
v.

**PRECISE STRIPES, LLC,**

    Defendant.
_____/

# ORDER

**THIS MATTER** is before the Court on the April 19, 2022 Report and Recommendation of the Honorable Melissa Damian, U.S. Magistrate Judge [ECF No. 30], regarding Plaintiff, Bradley White and Defendant, Precise Stripes, LLC's Joint Motion to Approve Settlement Agreement, to Dismiss with Prejudice, and to Retain Jurisdiction [ECF No. 25]. In her Report, Judge Damian recommends that the Joint Motion be granted, the parties' Settlement Agreement and Release [ECF No. 25-1] be approved, and the case be dismissed with prejudice. The parties have not filed objections to the Report, and the time to do so has passed.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, as here, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal

Case No. 21-CIV-21533-COOKE/Damian

conclusions, under a *de novo* or any other standard, when neither party objects to those findings.") (alteration added)).

The Court has reviewed the Joint Motion, the Settlement Agreement and Release, Judge Damian's Report, the record, and relevant legal authorities. There is no clear error on the face of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Judge Damian's Report **[ECF No. 30]** is **AFFIRMED and ADOPTED**. It is further **ORDERED** as follows: the Parties' Joint Motion to Approve Settlement Agreement, to Dismiss with Prejudice, and to Retain Jurisdiction **[ECF No. 25]** is **GRANTED**; the Parties' Settlement Agreement is **APPROVED** as fair and reasonable; and this case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE and ORDERED** in Miami, Florida, this 19th day of July 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Melissa Damian, U.S. Magistrate Judge
counsel of record